UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-cr-00519 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ADOPTING REPORT AND RECOMMENDATION, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| KAREEM REDDICK, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Reuben J. Sheperd regarding the change of plea hearing of Kareem Reddick that was referred to the Magistrate Judge with the consent of the parties.

On January 12, 2023, the Government filed a 17 count multi-defendant Superseding Indictment, charging Defendant Kareem Reddick with Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B).  Defendant Kareem Reddick was arraigned on March 10, 2023, during which he entered a plea of not guilty to the charge. On June 26, 2024, Magistrate Judge Reuben J. Sheperd received Defendant Kareem Reddick's plea of guilty to Count 1 of the Superseding Indictment, and issued the R&R on June 27, 2024, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. Defendant Kareem Reddick is found to be competent to enter a plea and to understand his constitutional

rights. He is aware of the charges and of the consequences of entering a plea. There is an sufficient factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.

Therefore, Defendant Kareem Reddick is adjudged guilty of Count 1 of the Superseding Indictment, with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B). The Court previously scheduled sentencing to take place on November 5, 2024, at 12:00 p.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio and this matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will proceed as scheduled.

IT IS SO ORDERED.

*s/ David A. Ruiz*   11/05/2024
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE